FILED
9/11/2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

AUSA Gardner

# United States District Court

For the Western District of Texas

Austin Division

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § § | Case Number: **1:19-MJ-550-SH** |
| **Edwin Josue Gonzales-Cerrato** | § § § § | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **June 21, 2019**, in the county of **Travis**, in the Western District of Texas, the defendant, **Edwin Josue Gonzales-Cerrato**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **June 21, 2019**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, with in the Western District of Texas**.** A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **March 30, 2011**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (S. Scaief)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

| September 11, 2019 | at | Austin, Texas |
|---|---|---|
| Date | | City and State |

Susan Hightower
United States Magistrate Judge

| | | |
|---|---|---|
| Name & Title of Judicial Officer | | Signature of Judicial Officer |